IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

STEPHEN ALFORD,

    Plaintiff,

  v.

Case No. 18-cv-933-jdp

LORI REGNI AND EVAN MILLER,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case.

| /s/ | 1/18/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |